UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Barbara L. Jenkins,

    Plaintiff,  Civil No. 07-3745 (RHK/AJB)

vs.  **DISQUALIFICATION AND**
**ORDER FOR REASSIGNMENT**

Wyeth and its divisions, Wyeth
Pharmaceuticals, Inc.,

    Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: August 22, 2007

                              s/Richard H. Kyle
                              RICHARD H. KYLE
                              United States District Judge